UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERNEST CHENEVERT**                                                **CIVIL ACTION**

**VERSUS**                                                          **NO. 12-0966**

**N. BURL CAIN, WARDEN**                                            **SECTION "F"(2)**

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motions to stay (Rec. Doc. Nos. 11, 12) filed by Ernest Chenevert are **DENIED**.

**IT IS FURTHER ORDERED** that Chenevert's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___17th___ day of _____October_____, 2012.

_____
UNITED STATES DISTRICT JUDGE